**Order entered April 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00305-CV

## IN THE INTEREST OF B.T.G., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-12707**

## ORDER

We **GRANT** appellant's second unopposed motion for extended time to file reply brief and **ORDER** the brief tendered to the Clerk of the Court on April 8, 2014 filed as of the date of this order.

/s/      ELIZABETH LANG-MIERS
          JUSTICE